SEPTEMBER 13, 1938

**No. 39402.**——Protests 898386–G, etc., of J. H. & G. B. Siebold, Inc., Abstract 39051. Application by plaintiff for rehearing granted.

SEPTEMBER 16, 1938

**No. 39403.**——Protests 803220–G, etc., of Silberman Becker Corp. T. D. 49584. Application by plaintiff for rehearing denied; BROWN, J., dissented.

SEPTEMBER 17, 1938

**No. 39404.**——Protest 913771–G of Robbins, Inc. Abstract 38899. Application by plaintiff for rehearing granted.

SEPTEMBER 20, 1938

**No. 39405.**——Petition 5606–R of Universal Commercial Corp. C. D. 20. Application by Government for rehearing denied.

BEFORE THE FIRST DIVISION, SEPTEMBER 21, 1938

**No. 39406.**—Protests 661527–G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) it was held that the tax in question should have been assessed on the basis of the number of board-feet actually imported.

BEFORE THE SECOND DIVISION, SEPTEMBER 21, 1938

**No. 39407.**—Protests 84545–G, etc., of Gimbel Bros. et al. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of wool knit lace wearing apparel similar to the merchandise involved in Abstract 16064. The claim at 45 cents per pound and 50 percent ad valorem under paragraph 1114 was therefore sustained. Embroidered-net veils similar to those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430.

**No. 39408.**—Protests 64367–G, etc., of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of filet laces similar to the merchandise involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065). The claim at 75 percent under paragraph 1430 was therefore sustained.